# EXHIBIT A



Michelle Gessner <michelle@mgessnerlaw.com>

# Richardson v. Optum et al - FOR SETTLEMENT PURPOSES ONLY - RULE 408
1 message

**Michelle Gessner** <michelle@mgessnerlaw.com>   Fri, Jan 20, 2023 at 7:36 AM
To: "Federmack, Jason V. (Raleigh)" <Jason.Federmack@jacksonlewis.com>, "Smith, Ann H. (Raleigh)" <Ann.Smith@jacksonlewis.com>

Counsel - Ms. Richardson has authorized a settlement demand in this matter of $177k inclusive of fees and costs. $177k represents one year of compensation as reflecting on her 2021 W2 - attached. Please confirm acceptance and provide a proposed settlement agreement for review asap.

Thanks.
L. Michelle Gessner



........................................
**Mailing Address:** Post Office Box 78161 • Charlotte, NC 28271
........................................
**Charlotte Office:** 602 East Morehead Street • G.G. Galloway House • Charlotte, NC 28202
Tel: 1.844.GESSNER  •  Fax: 980.206.0286
........................................
**Wilmington Office:** 1213 Culbreth Drive, Suite 426 • Wilmington, NC 28405
Tel: 1.844.GESSNER  •  Fax: 980.206.0286
........................................

**www.mgessnerlaw.com**

This message may contain information protected by the attorney-client privilege or work product doctrine. If you are not the intended recipient, then please delete it and report the inadvertent delivery to the author.

---

📄 **JENNIFER RICHARDSON W2 2021.pdf**
209K